# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:24-cv-130-MOC

| | |
|---|---|
| ERRIE RAGIN,           )  | |
|        Plaintiff,           ) | |
| vs.           )  | |
| SHEKINA LOCKWOOD, et al.,           )  | ORDER |
|        Defendants.           )  | |

**THIS MATTER** is before the Court sua sponte.

The pro se Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983, addressing incidents that allegedly occurred at the Foothills Correctional Institution. [Doc. 1]. On June 26, 2024, the Court dismissed the Complaint on initial review and granted the Plaintiff the opportunity to amend within 30 days. [Doc. 7]. He was cautioned that, "[s]hould Plaintiff fail to timely amend his Complaint in accordance with this Order, the Court will dismiss this action without further notice." [Id. at 7].

The Plaintiff has not amended his Complaint and the time to do so has expired. The Plaintiff appears to have abandoned this action and the Court is unable to proceed. This case will therefore be dismissed without prejudice. See Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it."); Link v. Wabash R.R. Co., 370 U.S. 626, 630-33 (1962) (although Rule 41(b) does not expressly provide for sua sponte dismissal, Rule 41(b) does not imply any

such restriction and a court has the inherent power to dismiss a case for lack of prosecution or violation of a court order).

**IT IS, THEREFORE, ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

Signed: August 15, 2024

Max O. Cogburn Jr
United States District Judge